Daniel S. Szalkiewicz, Esq. (DS2323)
Cali P. Madia, Esq.
DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
23 W. 73rd Street, Suite 102
New York, NY 10023
*Attorneys for the Creditor K.L.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br>    Joel Rivera,<br><br>                    Debtor. | Chapter 7 Case No. 1-23-42603-nhl |
| K.L.,<br><br>                    Plaintiff,<br>    -against-<br><br>Joel Rivera,<br><br>                    Defendant. | Adversary Case No. 1-23-01071-nhl<br><br>Bankruptcy Judge |

**NOTICE OF HEARING ON PLAINTIFF'S MOTION FOR FINAL JUDGMENT BY DEFAULT OR IN THE ALTERNATIVE TO LIFT THE STAY SO THE DEBT CAN BE LIQUIDATED IN THE SUPREME COURT OF THE STATE OF NEW YORK**

**PLEASE TAKE NOTICE** that pursuant to the accompanying Memorandum of Law, the

Declaration of Daniel S. Szalkiewicz, Esq. and the exhibits annexed thereo, and

Creditor/Plaintiff K. L ("Plaintiff"), by her attorneys Daniel Szalkiewicz & Associates, P.C., the

undersigned will move this Court, before the Honorable Nancy Hershey Lord, United States

Bankruptcy Court, via dial in:

1. Dial in Number 888-363-4734
2. Access Code – 4702754
3. Announce who you are each time before speaking
4. Avoid the use of a speaker phone (use a landline if possible)
5. All persons not speaking should mute their phones
6. Speak up and enunciate so that you can be heard and understood

on the 10th day of January, 2024 at 11:00 a.m., or as soon thereafter as counsel may be heard for the entry of an order granting Plaintiff's request for default judgment or in the alternative lifting the automatic stay in this matter, together with such other and further relief as is just, proper and equitable under the circumstances.

PLEASE TAKE FURTHER NOTICE that, effective March 7, 2022, all hearing participants must register with eCourt Appearances not less than 24 hours in advance of all appearances. The dial-in information and/or video link will be provided by email after registration with eCourt Appearances. Please see https://www.nyeb.uscourts.gov/content/judge-nancy-hershey-lord for further information.

PLEASE TAKE FURTHER NOTICE, that answering papers, if any, must be served upon the undersigned at least seven (7) days prior to the return date of this motion and must be filed with the bankruptcy court not later than one (1) day following the date of service.

Dated: New York, New York
       December 13, 2023

                                            Yours, etc.,
                                            *Daniel S. Szalkiewicz, Esq.*
                                            DANIEL S. SZALKIEWICZ, ESQ.
                                            CALI P. MADIA, ESQ.
                                            Daniel Szalkiewicz & Associates, P.C.
                                            *Attorneys for Plaintiff*
                                            23 West 73rd Street, Suite 102
                                            New York, New York 10023
                                            Tel: (212) 706-1007

**CERTIFICATE OF SERVICE**

      I hereby certify that, on this 13th day of December, 2023, I caused to be sent by United States Postal Service, the foregoing document, and thereby caused service of the foregoing document on non-ECF participant Defendant to the following address of record:

Joel Rivera<br>
73-14 Woodhaven Blvd, Apt. 1A<br>
Glendale, NY 11385

/s/Daniel Szalkiewicz  
By: Daniel S. Szalkiewicz, Esq.  
Attorney for Plaintiff