United States Bankruptcy Court
Eastern District of New York

L.,
    Plaintiff

Rivera,
    Defendant

Adv. Proc. No. 23-01071-nhl

# CERTIFICATE OF NOTICE

District/off: 0207-1      User: admin      Page 1 of 2
Date Rcvd: Feb 20, 2024      Form ID: pdf000      Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Joel Rivera, 73-14 Woodhaven Blvd, Apt. 1A, Glendale, NY 11385-7944 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Feb 20 2024 18:33:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1415 |
| ust | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Feb 20 2024 18:33:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |
| ust | ^ | MEBN | Feb 20 2024 18:27:59 | United States Trustee, Office of the United States Trustee - NY, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, NY 10004-1459 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | Office of the United States Trustee, Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1415 |
| ust | *+ | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |
| ust | *+ | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0207-1  User: admin  Page 2 of 2
Date Rcvd: Feb 20, 2024  Form ID: pdf000  Total Noticed: 4

Date: Feb 22, 2024  Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2024 at the address(es) listed below:**

**Name**  **Email Address**

Daniel Szalkiewicz
   on behalf of Plaintiff K. L. daniel@lawdss.com lawdss@recap.email

TOTAL: 1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>    Joel Rivera,<br><br>                      Debtor. | Chapter 7<br><br>Case No. 1-23-42603-nhl |
| K.L.,<br><br>                      Plaintiff,<br><br>    -against-<br><br>Joel Rivera,<br><br>                      Defendant. | Adversary Case No. 1-23-01071-nhl |

**ORDER**

WHEREAS, on August 24, 2023, K.L. commenced this adversary proceeding (the "Adversary Proceeding") seeking to declare certain unliquidated debt stemming from a personal injury action currently pending in the Supreme Court of New York, County of Queens, *K.L. v. Rivera*, Index No. 706018/2021 (the "State Court Action"), nondischargeable pursuant to 11 U.S.C. § 523(a)(6); and

WHEREAS, the Court has determined that the debt must first be liquidated in the New York State Supreme Court;

NOW, THEREFORE, IT IS HEREBY

ORDERED, that K.L.'s application under 11 U.S.C. § 362(c)(2)(C) and (d)(1) to lift the automatic stay is granted to allow the State Court Action to proceed to judgment, however the enforcement of any determination or judgment shall be stayed absent further order of this Court; and it is further

ORDERED, that the Court will abstain from hearing the Adversary Proceeding until such time that New York Supreme Court enters judgment in the State Court Action; and it is further

[INTENTIONALLY LEFT BLANK]

ORDERED, that upon entry of the judgment in the State Court Action, the parties shall return to this Court to determine whether any liability imposed by such judgment is nondischargeable pursuant to 11 U.S.C. § 523(a)(6).

Dated: February 16, 2024
Brooklyn, New York



_____
Nancy Hershey Lord
United States Bankruptcy Judge

2