United States Bankruptcy Court
Eastern District of New York

L.,
    Plaintiff

Adv. Proc. No. 23-01071-nhl

Rivera,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0207-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 16, 2024 | Form ID: 320 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + Joel Rivera, 73-14 Woodhaven Blvd, Apt. 1A, Glendale, NY 11385-7944 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2024 at the address(es) listed below:

**Name**      **Email Address**

Daniel Szalkiewicz
     on behalf of Plaintiff K. L. daniel@lawdss.com  lawdss@recap.email

TOTAL: 1

# United States Bankruptcy Court

Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: | CASE NO: 1−23−01071−nhl |
| L. v. Rivera | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 0 |
| DEBTOR(s) | |

## NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

**NOTICE IS HEREBY GIVEN THAT**:

The Court held a telephonic pre−trial conference on April 11, 2024 at 11:00 A.M. where neither party appeared. The Court has adjourned the telephonic pre−trial conference to June 27, 2024 at 11:30 A.M. All participants (including attorneys, clients, and pro se parties) shall register their appearances through the Courts eCourt Appearances program, by following the instructions set forth at https://www.nyeb.uscourts.gov/content/judge−nancy−hershey−lord. Each registrant will receive an email from eCourt Appearances with the dial−in information for the hearing. Those unable to access eCourt Appearances must email Judge Nancy Hershey−Lords Courtroom Deputy at: nhl_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing. Your email must include your name, the case number(s), who you represent (if you are an attorney), hearing date, and phone number.

Dated: April 16, 2024

For the Court, Robert A. Gavin, Jr., Clerk of Court