| CIVIL COURT OF CITY OF NEW YORK<br>COUNTY OF QUEENS  HOUSING PART | | Index No. L/T |
|---|---|---|
| RUTLEDGE APARTMENTS LLC<br>       against<br>JOEL RIVERA | *Petitioner (Landlord),*<br><br>*Respondent (Tenant)* | **IMPORTANT TO TENANT**<br>If you are dependent upon a person in the military service of the United States or the State of New York, advise the Clerk immediately, in order to protect your rights. |
| | | PETITION NON-PAYMENT<br>DWELLING |
| | Address: | Petitioner's Business Address: |
| 73-14 WOODHAVEN BLVD.<br>APT. A<br>GLENDALE, NY 11385 | | 62-25 WOODHAVEN BLVD<br>REGO PARK, NY 11374 |

THE PETITION OF RUTLEDGE APARTMENTS LLC alleges; upon Information and Belief:

1. Petitioner(s) is(are) the landlord(s) of the premises.

2. Respondent(s) JOEL RIVERA,  is(are) tenant(s) in possession of said premises pursuant to a(n) WRITTEN lease agreement made heretofore  wherein respondents promised to pay to landlord or landlord(s) predecessor as rent $2,000.00 each month in advance on the 1ST day of each month.

3. Respondent(s) are now in possession of said premises. The premises are the residence of the tenant(s) and the undertenant(s) herein.

4. The premises for which removal is sought were rented for dwelling purposes and are described as follows: All Rooms, Apartment # A in the building known as 73-14 Woodhaven Blvd. Glendale, NY 11385, situated within the territorial jurisdiction of the Civil Court Of The City Of New York, county of QUEENS.

5. Pursuant to said agreement there was due from respondent tenant(s), the sum of $26,090.00 in rent and additional

```
May 22    $1,915.00      May 20   $1,795.00
Apr 22    $1,915.00      Apr 20   $1,795.00
Mar 22    $1,915.00
Feb 22    $1,915.00
Jan 22    $1,915.00
Dec 21    $1,915.00
Nov 21    $1,915.00
Oct 20    $1,855.00
Sep 20    $1,855.00
Aug 20    $1,795.00
Jul 20    $1,795.00
Jun 20    $1,795.00
```

6. THE PREMISES IS NOT SUBJECT TO THE RENT STABLIZATION LAW OF THE CITY OF NY OR THE NYC RENT CONTROL LAW BY VIRTUE OF THE FACT THAT THE APARTMENT WAS RENTED AFTER JUNE, 1997 AND BEFORE JUNE 24 2011 AT A LEGAL REGULATED RENT OF AT LEAST $2,000.00

7. Said rent has been demanded from the tenant since same became due by a thirty day written-notice, a copy of which, with proof of service is annexed hereto.

8. Respondent(s) have defaulted in the payment thereof and continue in possession of premises without permission after said default.

9. The premises are a multiple dwelling and pursuant to the Housing Maintenance Code Article 41 there is a currently effective registration statement on file with the Office of Code Enforcement which designates the managing agent named below, a natural person over 21 years of age, to be in control of and responsible for the maintenance and operation of the dwelling.

**AGENT: MARTIN KALT, 62-25 WOODHAVEN BLVD., REGO PARK, NY 11374**
**MULTIPLE DWELLING No. 507624**

WHEREFORE Petitioner requests a final judgment against respondents(s) for the rent demanded herein as well as for the reasonable legal fees of this proceeding, awarding possession of the premises to the petitioner landlord, and directing the issuance of a warrant to remove respondent(s) from possession of the premises together with the costs and disbursements of this proceeding.

Dated May 4, 2022

RUTLEDGE APARTMENTS LLC,

STATE OF NEW YORK, COUNTY OF NASSAU. The Undersigned affirms under penalty of perjury that he is one of the Attorneys for the Petitioner, that he has read the foregoing petition and knows the contents thereof; that the same are true to his own knowledge except as to matters stated to be upon information and belief; and as to those matters he believes them to be true.

The grounds of his belief as to matters not stated upon his knowledge are statements and/or records provided by the petitioner, its agents and/or employees and contained in the file in the Attorney's office.

This verification is made pursuant to the provisions of RPAPL 741.

May 4, 2022

Renee Digrugilliers
**Horing Welikson Rosen & Digrugilliers PC**
**Attorneys for Petitioner-Landlord**
**11 HILLSIDE AVENUE**
**WILLISTON PARK, NY 11596**
**PHONE: (516) 535-1799**
**nonpaymentanswers@hwrpc.com**

# THIRTY DAY DEMAND NOTICE

TO: **JOEL RIVERA**　　　　　　　　　　　　　　　　　March 25, 2022

    **73-14 WOODHAVEN BLVD.**　　　　　　　　　　　File No. 769638
    **APT. A**　　　　　　　　　　　　　　　　　　　　　　7760 -7314-A
    **GLENDALE, NY 11385**

This notice is given to you pursuant to Section 4024(c) of the Coronavirus Aid, Relief, and Economic Security ("CARES") Act.

**TENANT(S) OF THE ABOVE PREMISES:**

    **PLEASE TAKE NOTICE** that you are justly indebted to the Landlord of the above described premises in the sum of

        **Twenty-Two Thousand Two Hundred Sixty Dollars**
                    **($22,260.00)**

for rent of said premises from April 01, 2020 to March 31, 2022 *, which you are required to pay on or before the expiration of thirty (30) days from the date of service of this Notice, or surrender up the possession of said Premises to the Landlord, in default of which the Landlord will commence summary proceedings under the statute to recover the possession thereof.

| | |
|---|---|
| Mar 22 | $1,915.00 |
| Feb 22 | $1,915.00 |
| Jan 22 | $1,915.00 |
| Dec 21 | $1,915.00 |
| Nov 21 | $1,915.00 |
| Oct 20 | $1,855.00 |
| Sep 20 | $1,855.00 |
| Aug 20 | $1,795.00 |
| Jul 20 | $1,795.00 |
| Jun 20 | $1,795.00 |
| May 20 | $1,795.00 |
| Apr 20 | $1,795.00 |

                                            RUTLEDGE APARTMENTS LLC
                                            **LANDLORD**

                                              BY:_____
                                              MARTIN KALT - REGISTERED MANAGING AGENT

PLEASE NOTE: All responses and inquiries with respect to this Notice should be made directly to your landlord

PLEASE SEE SEPARATE NOTICE ANNEXED HERETO THAT ADVISES YOU OF CERTAIN RIGHTS YOU HAVE PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT. ALTHOUGH THIS DEMAND NOTICE SEEKS PAYMENT WITHIN A SPECIFIED AMOUNT OF DAYS FROM THE TIME IT IS SERVED UPON YOU, PURSUANT TO THE ANNEXED NOTICE YOU STILL HAVE THE RIGHT TO MAKE A WRITTEN REQUEST, WITHIN

*continued*

THIRTY DAYS OF YOUR RECEIPT OF THE ANNEXED NOTICE, FOR MORE INFORMATION ABOUT THE DEBT THAT IS THE SUBJECT OF THIS DEMAND NOTICE. YOUR RIGHTS ARE DESCRIBED IN THE ANNEXED NOTICE. OUR REQUEST FOR PAYMENT PURSUANT TO THIS NOTICE DOES NOT ELIMINATE YOUR RIGHT TO DISPUTE THIS DEBT WITHIN THIRTY DAYS OF RECEIPT OF THE ANNEXED NOTICE. NOR DOES IT ELIMINATE ANY OF YOUR OTHER RIGHTS THAT ARE SET FORTH IN THE ANNEXED NOTICE. IF YOU CHOOSE TO TIMELY EXERCISE ANY OF YOUR RIGHTS TO OBTAIN INFORMATION THAT ARE DESCRIBED IN THE ANNEXED NOTICE, OUR ATTORNEYS ARE REQUIRED BY LAW TO CEASE THEIR COLLECTION EFFORTS UNTIL THEY HAVE MAILED THAT INFORMATION TO YOU. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

YSCEF DOC. NO. 1                                                                                       RECEIVED NYSCEF: 05/06/2022

RUTLEDGE APTS LLC                                                                                      Omar Farhat
                                                                                                       Lic # 2068802
Index #:              **AFFIDAVIT OF** *Conspicuous*  **SERVICE**                                      Queens          NY

State of New York, County of Queens ss:

Being duly sworn, deposes and says that deponent is not party to this proceeding, is over 18 years of age and resides in     Queens        , New York

That on  **March 28, 2022**         at  **12:01 PM**                                                    Apt#  **A**

At the property sought to be recovered at:   **73-14 WOODHAVEN BLVD GLENDALE NY 11385**

The: **30 DAY NOTICE & 30 DAY DEBTOR NOTICE**
Was served on:  **JOEL RIVERA**

[ ] Personal service on Individual: Individually served the within-named person with true copy(ies) of the paper(s) aforementioned.

[ ] Deponent was unable to serve:
    Additional respondents by personal delivery but by gaining admittance to said property and delivering and leaving a true copy thereof for each respondent personally with aforementioned respondent who was willing to accept same and was of suitable age and discretion who         thereat …thereby completing service to all respondents.

[ ] Suitable age person: substitute served by delivering thereat a true copy for each respondent personally with
    , a person of suitable age and discretion, who was willing to receive same and who        at said property deponent as said therein

[x] Posted on door: By affixing a true copy thereof for each respondent on a conspicuous part to wit: the entrance door of said property, premises is recipients      *dwelling*          within state. Deponent was unable to find respondent(s) or to find a person of suitable age and discretion who     *resided*         thereat during either of the two service attempts made on the following dates…

Prior Attempt Made On:    **March 26, 2022**           at: **04:12 PM**
Second Attempt Made On:   **March 28, 2022**           at: **12:01 PM**

Approx. Description: Sex:            Skin color:          Age:           Height:          Weight:          Hair:
other identifying features / comments:

[ ] State of New York, County of Queens, being duly sworn and says that I am not a party to this action and I am over 18 years of age.
On    **March 29, 2022**    I mailed a true copy to each respondent of the above mentioned notification properly enclosed, addressed, and mailed in postpaid envelopes by regular first class and certified mail   **(marked personal and confidential)**   within New York State to each respondent at the address sought to be recovered which is respondents residence or corporate respondent(s) principal office or principal place of business.

Additional copies mailed regular and certified to:

                                                                                                       Omar Farhat
                                                                                                       Lic # 2068802
Sworn to before me on:                                                                                 Queens          NY

**March 29, 2022**

    Scenarine
    Public State of New York                                                                           A&M ACCUSERVICE INC
    163476                                                                                             LIC# 2033461
    Queens County Commission expiration 03/26/23      769638              HW                           2444 78TH STREET FL 1
                                                                                                       EAST ELMHURST, NY, 11370

NOTICE TO RESPONDENT TENANT

DURING THE CORONAVIRUS EMERGENCY, YOU MIGHT BE ENTITLED BY LAW TO SPECIAL DEFENSES AND PROTECTIONS RELATING TO EVICTIONS.

PLEASE CONTACT YOUR ATTORNEY IMMEDIATELY FOR MORE INFORMATION.

IF YOU DON'T HAVE AN ATTORNEY, PLEASE CALL

718-557-1379

OR VISIT

www.nycourts.gov/evictions/nyc/

AVISO A INQUILINO DEMANDADO

DURANTE LA EMERGENCIA POR CORONA VIRUS, PUEDA QUE POR LEY USTED TENGA DERECHO A DEFENSAS Y PROTECCIONES ESPECIALES RELATIONADAS CON DESALOJOS.

POR FAVOR COMUNIQUESE CON SU ABOGADO INMEDIATAMENTE PARA OBTENER MAS INFORMACIÓN.

SI NO TIENE UN ABOGADO, LLAME AL

718-557-1379

O VISITE

www.nycourts.gov/evictions/nyc/

CIVIL COURT OF CITY OF NEW YORK
COUNTY OF QUEENS HOUSING PART

RUTLEDGE APARTMENTS LLC

        against                  *Petitioner (Landlord),*

JOEL RIVERA

                                     *Respondent (Tenant)*

                                      *Address:*

73-14 WOODHAVEN BLVD.
APT. A
GLENDALE, NY 11385

Index No. L/T

**IMPORTANT TO TENANT**
If you are dependent upon a person in the military service of the United States or the State of New York, advise the Clerk immediately, in order to protect your rights.

| NOTICE OF NON-PAYMENT |
| PETITION DWELLING |

Petitioner's Business Address:
62-25 WOODHAVEN BLVD
REGO PARK, NY 11374

**Your landlord is suing you for nonpayment of rent.**

1. Your landlord has started an eviction nonpayment case against you for rent the landlord claims you owe. The landlord's reasons are given in the attached Petition.
2. Your landlord is asking this Court for:
   - a money judgment for $26,090.00, and
   - permission to evict you from your home if you do not pay the money judgment.
3. You have a right to a trial. But first you must answer the Petition by going to the landlord-tenant Clerk's office at: 89-17 Sutphin Boulevard, Jamaica, NY 11435.
   You must do this within **10 days** after the date these papers were given to you or a person who lives or works in **your** home, or were **posted at your** home at:

> All Rooms, Apt. A located at 73-14 Woodhaven Blvd., Glendale, NY 11385, County of Queens, City and State of New York.

**Warning!** If you don't answer the Petition within 10 days, a judgment may be entered against you. If that happens, the landlord will have the right to evict you.

4. Your Answer should say the legal reasons that you don't owe all or part of the rent. The legal reasons are called defenses. You can also say any claims you have against the landlord. You will have to prove your defenses and claims in court. To answer the Petition, you must either:
   - Go to the landlord-tenant Clerk's office and tell the Clerk your Answer, or
   - Give the landlord-tenant Clerk your Answer in writing (Form No. Civ-LT-91a).

Information to help you answer the Petition (Form No. Civ-LT-92) is available at the landlord-tenant's Clerk's Office or online at nycourts.gov/housingnyc.

**Important!** If you don't tell the Clerk about a defense in your Answer you might not be able to talk about it later in **this case** or any other case.

5. When you answer the Petition, you will get a date to come back to Court 3 to 8 days later. You have a right to postpone that date for 14 days but you have to come to the courthouse to ask for a postponement. If you pay all the rent due before your court date, the case will be dismissed.
6. If your name is not in this Notice, but you live in the home listed above, you have a right to come to Court and answer the Petition.

7760 7314 A           FILE NO   769638

7. **Available Resources:**
   - **Legal Help:** Under New York City law, you may be able to get a free lawyer to represent you in this case. Call 718-557-1379 or go to nycourts.gov/nyc-freelawyer for information about getting free legal help. If you have money to hire a lawyer, you can contact the New York City Bar Legal Referral Service at 212-626-7373.
   - **Language Help:** If you don't speak English well or are deaf or hard of hearing, you have a right to a free interpreter. Tell the Court Clerk you need an interpreter or call 646-386-5670. To read a translation of this Notice in another language visit: nycourts.gov/housingnyc. For information on evictions:

   > 646 386-5750: Informations concernant les expulsions • বেদখলের তথ্য • 追迁相关信息
   > 迫遷相關資訊 • Информация о выселении • معلومات بشأن حالات الطرد
   > بے دخلیوں کی معلومات • Enfòmasyon Konsènan Degèpisman • Información sobre desalojos

   - **ADA Help:** If you need special accommodations to use the court because of a disability, call 646 386-5300 or 711 (TTY) or tell a Court Clerk.
   - **Fiancial Help:** If you owe the rent and don't have the money, contact HRA's Infoline at (718) 557-1399 for more information about getting help to pay the rent.
   - **Help at the Courthouse:** There is a Help Center in the courthouse where you can speak to a Court Attorney or a Volunteer Lawyer.
   - **Online Help:** Visit the Housing Court's website at: nycourts.gov/housingnyc (also available in Spanish and Chinese) or visit LawHelpNY at lawhelpny.org.

> **Postponements and Rent Deposits.** In court, you can ask to postpone your case. You have a right to postpone the case for at least 14 days. If your case is not finished in 60 days or you ask to postpone the case again, the court can order you to deposit money in court or make a rent payment to the landlord. If you don't do this, your case may go to trial right away. RPAPL Sec. 745.
>
> **After Judgment.** If the court orders a judgment against you after a trial, the court may give you time to pay the judgment and not be evicted. After that time is up, you will get a Notice of Eviction from a Marshal giving you at least 14 days to pay all the rent due or move. If you don't pay or move, you will be evicted by the Marshal. RPAPL Sec. 749(2).

City of New York, County of Queens
Dated: May 4, 2022

Clerk of the Civil Court of the City of New York: ALIA RAZZAQ
                                                   Clerk of the Civil Court

| | |
|---|---|
| Attorney for Petitioner: | HORING WELIKSON ROSEN & DIGRUGILLIERS PC |
| Address: | 11 HILLSIDE AVENUE |
| | WILLISTON PARK, NY 11596 |
| Telephone No. | (516) 535-1700 |
| Email | nonpaymentanswers@hwrpc.com |