```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re:                                                       :
                                                             :    Chapter 7
                                                             :
Joel Rivera,                                                 :
                                                             :    Case No. 23-42603 (NHL)
                                                             :
                    Debtor.                                  :
------------------------------------------------------------ x
K.L.                                                         :
                                                             :
                    Plaintiff,                               :
                                                             :    Adv. Pro. No. 23-01071 (NHL)
           v.                                                :
                                                             :
Joel Rivera,                                                 :
                                                             :
                    Defendant.                               :
------------------------------------------------------------ x
```

## ORDER DIRECTING APPEARANCE OF THE PARTIES AT ADJOURNED PRE-TRIAL CONFERENCE

WHEREAS, on July 24, 2023, Joel Rivera (the "Debtor", or "Defendant") filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code; and

WHEREAS, on August 24, 2023, K.L. (the "Plaintiff") commenced the above captioned adversary proceeding against the Debtor; and

WHEREAS, on April 11, 2024, a pre-trial conference was held, at which there was no appearance by either party and the hearing was adjourned to June 27, 2024; and

WHEREAS, on June 27, 2024, an adjourned pre-trial conference was held, at which there was again no appearance by either party;

**NOW, THEREFORE,** upon the record of the case, which is incorporated herein by reference, it is hereby

**ORDERED**, that the telephonic pre-trial conference is further adjourned to **August 14, 2024, at 11:00 a.m.** (the "Adjourned Hearing"); and it is further

**ORDERED**, that the Plaintiff and Defendant are directed to appear at the Adjourned Hearing, which shall be held telephonically; and it is further

**ORDERED**, that all participants (including attorneys, clients, and *pro se* parties) shall register their appearances through the Court's eCourt Appearances program, by following the instructions set forth on the Court's website, at https://www.nyeb.uscourts.gov/content/judge-nancy-hershey-lord.

Once registered, eCourt Appearances will email the telephone number and/or video link for your hearing.  You may register for hearings weeks in advance, but the telephone number and/or video link will not be emailed to you until **48 hours before the hearing date**.  Those registering with eCourt Appearances less than 48 hours in advance of the hearing should allow up to 15 minutes after registration to receive the email with the telephone number and/or video link. Those unable to access eCourt Appearances must email Judge Nancy Hershey-Lord's Courtroom Deputy at: nhl_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing.  Your email must include your name, the case number(s), who you represent (if you are an attorney), hearing date, and phone number; and it is further

**ORDERED**, that the Clerk of the Court serve a copy of this Order upon the Plaintiff's counsel and the Defendant.



Dated: July 3, 2024
Brooklyn, New York

_____
Nancy Hershey Lord
United States Bankruptcy Judge