United States Bankruptcy Court
Eastern District of New York

L.,
    Plaintiff

Adv. Proc. No. 23-01071-nhl

Rivera,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0207-1      User: admin      Page 1 of 2
Date Rcvd: Jul 03, 2024      Form ID: pdf000      Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Joel Rivera, 73-14 Woodhaven Blvd, Apt. 1A, Glendale, NY 11385-7944 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Jul 03 2024 18:16:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1415 |
| ust | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Jul 03 2024 18:16:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |
| ust | ^ | MEBN | Jul 03 2024 18:13:13 | United States Trustee, Office of the United States Trustee - NY, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, NY 10004-1459 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | Office of the United States Trustee, Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1415 |
| ust | *+ | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |
| ust | *+ | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0207-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 03, 2024 | Form ID: pdf000 | Total Noticed: 4 |
| Date: Jul 05, 2024 | Signature: /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2024 at the address(es) listed below:**

**Name**      **Email Address**

Daniel Szalkiewicz
     on behalf of Plaintiff K. L. daniel@lawdss.com  lawdss@recap.email

Randi Beth Gilbert
     on behalf of Creditor Rutledge Apartments LLC rgilbert@HWRPC.com

TOTAL: 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                      :
                                                            :  Chapter 7
                                                            :
Joel Rivera,                                                :
                                                            :  Case No. 23-42603 (NHL)
                                                            :
                Debtor.                                     :
------------------------------------------------------------:
K.L.                                                        x
                                                            :
                                                            :
                Plaintiff,                                  :
                                                            :  Adv. Pro. No. 23-01071 (NHL)
                                                            :
        v.                                                  :
                                                            :
                                                            :
Joel Rivera,                                                :
                                                            :
                                                            :
                Defendant.                                  :
------------------------------------------------------------x

## ORDER DIRECTING APPEARANCE OF THE PARTIES
## <u>AT ADJOURNED PRE-TRIAL CONFERENCE</u>

WHEREAS, on July 24, 2023, Joel Rivera (the "<u>Debtor</u>", or "<u>Defendant</u>") filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code; and

WHEREAS, on August 24, 2023, K.L. (the "<u>Plaintiff</u>") commenced the above captioned adversary proceeding against the Debtor; and

WHEREAS, on April 11, 2024, a pre-trial conference was held, at which there was no appearance by either party and the hearing was adjourned to June 27, 2024; and

WHEREAS, on June 27, 2024, an adjourned pre-trial conference was held, at which there was again no appearance by either party;

**NOW, THEREFORE,** upon the record of the case, which is incorporated herein by reference, it is hereby

**ORDERED**, that the telephonic pre-trial conference is further adjourned to **August 14, 2024, at 11:00 a.m.** (the "<u>Adjourned Hearing</u>"); and it is further

**ORDERED**, that the Plaintiff and Defendant are directed to appear at the Adjourned Hearing, which shall be held telephonically; and it is further

**ORDERED**, that all participants (including attorneys, clients, and *pro se* parties) shall register their appearances through the Court's eCourt Appearances program, by following the instructions set forth on the Court's website, at https://www.nyeb.uscourts.gov/content/judge-nancy-hershey-lord.

1

Once registered, eCourt Appearances will email the telephone number and/or video link for your hearing.  You may register for hearings weeks in advance, but the telephone number and/or video link will not be emailed to you until **48 hours before the hearing date**.  Those registering with eCourt Appearances less than 48 hours in advance of the hearing should allow up to 15 minutes after registration to receive the email with the telephone number and/or video link. Those unable to access eCourt Appearances must email Judge Nancy Hershey-Lord's Courtroom Deputy at: nhl_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing.  Your email must include your name, the case number(s), who you represent (if you are an attorney), hearing date, and phone number; and it is further

      **ORDERED**, that the Clerk of the Court serve a copy of this Order upon the Plaintiff's counsel and the Defendant.

Dated: July 3, 2024
Brooklyn, New York



_____
Nancy Hershey Lord
United States Bankruptcy Judge