Daniel S. Szalkiewicz, Esq. (DS2323)
Cali P. Madia, Esq.
DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
23 W. 73rd Street, Suite 102
New York, NY 10023
*Attorneys for the Creditor K.L.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In Re:<br><br>    Joel Rivera,<br><br>                    Debtor. | Chapter 7 Case No. 1-23-42603-nhl |
| K.L.,<br><br>                    Plaintiff,<br><br>    -against-<br><br>Joel Rivera<br>73-14 Woodhaven Blvd. Apt. 1A<br>Glendale, NY 11385,<br><br>                  Defendant. | Adversary Case No. 1-23-01071-nhl<br><br>Bankruptcy Judge |

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 10, 2025, a true and correct copy of the text order directing the date for the next Pre-Trial Conference was served on the Defendant, Joel Rivera, by United States Mail, First Class Mail to the said Defendant at 73-14 Woodhaven Blvd. Apt. 1A, Glendale, NY 11385.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: February 10, 2025
New York, New York

                                       Daniel Szalkiewicz & Associates, P.C.

                                       /s/Daniel Szalkiewicz
                                       By:     Daniel S. Szalkiewicz, Esq.  (DS2323)
                                       23 W. 73rd Street, Suite 102
                                       New York, New York 10023
                                       *Attorneys for Plaintiff*