UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In the matter of:

Reassignment of Pending Cases Before
the Honorable Nancy Hershey Lord

Administrative Order No. 803

-----------------------------------------------------------x

**WHEREAS,** it being necessary to reassign all Chapter 7 cases and related adversary proceedings pending before the Honorable Nancy Hershey Lord, and after due deliberation, such reassignment having been decided upon; it is

**ORDERED,** that the cases and proceedings identified on the attached list are hereby reassigned to the Honorable Elizabeth S. Stong effective March 1, 2026, and it is further

**ORDERED,** that the Clerk of Court is directed to take all steps necessary to effectuate such reassignment.

Dated: Central Islip, New York
       March 1, 2026

_____
Honorable Alan S. Trust
Chief United States Bankruptcy Judge