

23 West 73rd Street  T: (212) 706-1007
Suite 102  F: (646) 849-0033
New York, NY 10023  www.veridianlegal.com

**Via ECF**
Hon. Elizabeth S. Strong
United States Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271−C Cadman Plaza East, Courtroom 1595
Brooklyn, NY 11201

  ***Re: K.L. v. Joel Rivera***
    ***United States Bankruptcy Court, Eastern District of New York***
    ***Bankruptcy Case No.: 1−23−42603−nhl***
    ***Adversary Proceeding No. 1−23−01071−nhl***

Dear Judge Strong,

  Our office represents the plaintiff, K.L., in the above-referenced adversary proceeding.  An inquest is currently scheduled to take place in the Supreme Court of the State of New York, Queens County on October 20, 2026 at 9:30 a.m.  Accordingly, and because there are no other substantive updates in the case, plaintiff respectfully requests that the upcoming pre-trial conference be adjourned to a later date.

      Very Truly Yours,

      VERIDIAN LEGAL P.C.

      By: Daniel S. Szalkiewicz, Esq.
      *daniel@veridianlegal.com*

cc: Joel Rivera 73-14 Woodhaven Blvd., 1A Glendale, NY 11385

Veridian Legal P.C.